**Marilyn McCoy NORWOOD, Appellant,**

v.

**BOARD OF TRUSTEES OF UNIVERSITY OF ARKANSAS AT LITTLE ROCK, Appellee.**

No. 10–3201.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 26, 2011.

Filed: Feb. 10, 2011.

Marilyn McCoy Norwood, Little Rock, AR, pro se.

the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

Jeffrey Alan Bell, University of Arkansas, Office of General Counsel, Little Rock, AR, for Appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Marilyn Norwood appeals the district court's [1] 28 U.S.C. § 1915(e)(2) dismissal of her disability-discrimination action. Upon careful de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude that dismissal was proper, *see Ashcroft v. Iqbal*, ⸺ U.S. ⸺, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009); *Baribeau v. City of Minneapolis*, 596 F.3d 465, 484 (8th Cir.2010). Accordingly, we affirm. *See* 8th Cir. R. 47B. Norwood's motion to expedite is denied as moot.

---

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.